Patricia BROOKS, Appellant,

v.

**LABORATORY CORPORATION OF AMERICA, Appellee,**

**Patrick Noland, Employee; Michelle Warneke, Employee, Defendants.**

No. 05–4025.

United States Court of Appeals, Eighth Circuit.

Submitted: June 6, 2007.

Filed: June 13, 2007.

Patricia Brooks, Kansas City, MO, pro se.

Paul Nicholas Venker, Lisa Andreini Larkin, Williams & Venker, St. Louis, MO, for Appellee.

Before RILEY, MAGILL, and MELLOY, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Patricia Brooks appeals the district court's[1] adverse grant of summary judgment in her employment lawsuit. Following careful review, we affirm for the reasons provided by the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.